AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Gang Liu
Defendant(s)

Case No.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2012 through May 23 2017 in the county of ________ in the ________ District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 1832(a)(5) | Theft of Trade Secrets |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

____________________
*Complainant's signature*

____________________
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/23/2017

____________________
*Judge's signature*

City and state: Washington, D.C.

US Magistrate Judge G. Michael Harvey
*Printed name and title*